**E-filed 6/19/06**

1  MORGENSTEIN & JUBELIRER LLP
   JEFFREY R. WILLIAMS (CSB #84156)
2  BITA A. KARABIAN (CSB #197539)
   P. MARK MAHONEY (CSB #232549)
3  One Market, Spear Street Tower, 32nd Floor
   San Francisco, CA 94105
4  Telephone:  (415) 901-8700
   Facsimile:  (415) 901-8701
5
6  Attorneys for Defendant
   Emerson Electric Co.
7  STEPHEN N. COLE (SB #53319)
   THE COLE LAW FIRM
8  2539 Del Monte Street
   West Sacramento, CA 95691
9
10 Attorneys for Plaintiff
   Safeco Insurance Company of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EMERSON ELECTRIC CO., DOES 1 to 10, Inclusive, <br><br> Defendants. | Case No.: C-05-00133 JF/HRL <br><br> **STIPULATION AND [P<s>ROPOSED</s>] ORDER TO CONTINUE TRIAL DATE AND EXTEND ASSOCIATED DISCOVERY CUT-OFF DATES** |

Pursuant to Civil L.R. 40-1, 7-12 and 6-2(a), plaintiff Safeco Insurance Company of America and defendant Emerson Electric Company ("the parties"), by and through their counsel, hereby submit the following stipulated request for an order continuing the trial date and extending all associated discovery cut-off dates.

WHEREAS, a jury trial in this action is presently set to commence on September 29, 2006 and a pretrial conference is scheduled for September 22, 2006; and

WHEREAS the following cut-off dates are currently set: expert disclosures and

fact discovery cut-off June 29, 2006; expert rebuttal cut-off July 28, 2006; and expert discovery cut-off August 29, 2006; and

WHEREAS the parties desire to conduct additional discovery and will be unable to do so given the present trial date and associated cut-offs; and

WHEREAS the interests of justice will best be served by a continuance of the trial in this action to allow the parties an opportunity to sufficiently develop their claims and defenses in light of information provided by discovery and engage in meaningful settlement negotiations; and

WHEREAS no parties or witnesses will be prejudiced by a continuance in this action.

THEREFORE, the parties, by and through their attorneys of record, do hereby agree and stipulate as follows:

1.   That the trial in this action, currently set for September 29, 2006, be continued to February 23, 2007; and

2.   That the pretrial conference, currently set for September 22, 2006 be continued to February 16, 2007; and

3.   That the expert disclosures and fact discovery cut-off be extended from June 29, 2006 to November 22, 2006; and

4.   That the expert rebuttal cut-off be extended from July 28, 2006 to December 22, 2006; and

5.   That the expert discovery cut-off be extended from August 29, 2006 to January 23, 2007; and

6.   That the parties agree that all other pretrial date and statutory time periods shall be established consistent with Local Rules and the new trial date as if that date was the date initially set for trial.

///

///

///

1  SO STIPULATED AND AGREED:

2  DATED: June 15, 2006                MORGENSTEIN & JUBELIRER LLP

3

4

5                                      By *P. M. Mahoney*
                                       P. Mark Mahoney
6                                      Attorneys for Defendant
                                       Emerson Electric Co.
7
   DATED: June ___, 2006               THE COLE LAW FIRM
8

9

10                                     By _____
                                       Stephen N. Cole
11                                     Attorneys for Plaintiff
                                       SAFECO INSURANCE COMPANY OF
12                                     AMERICA

13

14
                        **[PROPOSED] ORDER**
15

16 PURSUANT TO STIPULATION, IT IS SO ORDERED.

17

18
   DATED: June 16, 2006                _____
19                                     Hon. Jeremy Fogel

20

21

22

23

24

25

26

27

28

02345.00137
619070.1

- 3 -

STIPULATION TO CONTINUE TRIAL DATE AND [PROPOSED] ORDER [Case No. C-05-00133 JF/HRL]

1  SO STIPULATED AND AGREED:

2  DATED: June ____, 2006

3                                          MORGENSTEIN & JUBELIRER LLP

4

5                                          By _____
                                           P. Mark Mahoney
6                                          Attorneys for Defendant
                                           Emerson Electric Co.
7
   DATED: June _15_, 2006
8                                          THE COLE LAW FIRM

9

10                                         By _____
                                           Stephen N. Cole
11                                         Attorneys for Plaintiff
                                           SAFECO INSURANCE COMPANY OF
12                                         AMERICA

13

14
                              **[PROPOSED] ORDER**
15
   PURSUANT TO STIPULATION, IT IS SO ORDERED.
16

17

18
   DATED: June ____, 2006
19                                         _____
                                           Hon. Jeremy Fogel
20

- 3 -
STIPULATION TO CONTINUE TRIAL DATE AND [PROPOSED] ORDER [Case No. C-05-00133 JF/HRL]