\*\*E-filed 11/6/06\*\*

MORGENSTEIN & JUBELIRER LLP
JEFFREY R. WILLIAMS (CSB #84156)
P. MARK MAHONEY (CSB #232549)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:   (415) 901-8700
Facsimile:    (415) 901-8701

Attorneys for Defendant
Emerson Electric Co.

STEPHEN N. COLE (SB #53319)
THE COLE LAW FIRM
2539 Del Monte Street
West Sacramento, CA 95691

Attorneys for Plaintiff
Safeco Insurance Company of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EMERSON ELECTRIC CO., DOES 1 to 10, Inclusive, <br><br> Defendants. | Case No.: C-05-00133 JF/HRL <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN DISCOVERY CUT-OFF DATES** |

Pursuant to Civil L.R. 40-1, 7-12 and 6-2(a), plaintiff Safeco Insurance Company of America and defendant Emerson Electric Company ("the parties"), by and through their counsel, hereby submit the following stipulated request for an order continuing certain discovery cut-off dates.

WHEREAS, a jury trial in this action is presently set to commence on February 23, 2007 and a pretrial conference is scheduled for February 16, 2007; and

WHEREAS the following cut-off dates are currently set: expert disclosures and

1  fact discovery cut-off November 22, 2006; expert rebuttal cut-off December 22, 2006;
2  and expert discovery cut-off January 23, 2007; and

3  WHEREAS the parties desire to complete discovery and will be unable to do so
4  given the present discovery cut-offs; and

5  WHEREAS the interests of justice will best be served by a continuance of the
6  following discovery cut-off dates in this action to allow the parties an opportunity to
7  complete discovery in order to prepare for trial and/or engage in meaningful settlement
8  negotiations; and

9  WHEREAS no parties or witnesses will be prejudiced by a continuance in this
10 action.

11 THEREFORE, the parties, by and through their attorneys of record, do hereby
12 agree and stipulate as follows:

13 1. That the expert disclosures and fact discovery cut-off be extended from
14 November 22, 2006 to December 22, 2006; and,

15 2. That the expert rebuttal cut-off be extended from December 22, 2006 to
16 January 10, 2007; and,

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

3. That the parties agree that the trial in this action shall remain set for February 23, 2007, expert discovery cut-off shall remain set for January 23, 2007, and all other pretrial dates and statutory time periods shall be remain as currently set.

SO STIPULATED AND AGREED:

DATED: ~~October~~ November 2, 2006

MORGENSTEIN & JUBELIRER LLP

By _P. Mark Mahoney_
Attorneys for Defendant
Emerson Electric Co.

DATED: October 30, 2006

THE COLE LAW FIRM

By _Stephen N. Cole_
Attorneys for Plaintiff
SAFECO INSURANCE COMPANY OF AMERICA

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/6, 2006

_Hon. Jeremy Fogel_

02345.00137
897163.1

- 3 -
STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN DISCOVERY CUT-OFF DATES [Case No. C-05-00133 JF/HRL]