**E-filed 1/18/07**

1  STEPHEN N. COLE  (SB #53319)
   THE COLE LAW FIRM
2  3410 Industrial Blvd., Suite 100
   West Sacramento, CA 95691
3  (916) 376-0486

4  Attorneys for Plaintiff

5  JEFFREY R. WILLIAMS (SB#84156)
   PATRICK MARK MAHONEY (SB#232549)
6  MORGENSTEIN & JUBELIRER LLP
   One Market, Spear Street Tower, 32nd Floor
7  San Francisco, CA  94105
   (415) 901-8700
8
   Attorneys for Defendant
9

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>                                    Plaintiff,<br><br>         v.<br><br>EMERSON ELECTRIC CO., DOES 1 to 10 Inclusive,<br><br>                                    Defendants. | Case No. C 05 00133 JF<br><br>[~~PROPOSED~~] ORDER ON STIPULATION TO CONTINUE CUT-OFF DATES (Fed. R. Civ. P. 15(a)) |

**IT IS SO ORDERED that:**

a)  Continue Fact Discovery Cut-off to January 24, 2007;

b)  Continue Expert Disclosure Date to January 24, 2007;

c)  Continue Expert Rebuttal date to February 22, 2007;

d)  Continue Expert Discovery Cut-off to March 13, 2007;

---

**STIPULATION and ORDER THEREON FOR AMENDMENT OF COMPLAINT**

3

e)   Continue Pre-Trial Conference to April 16, 2007; and

f)   Continue Trial to begin April 23, 2007.

Dated: 1/18/07

_____
UNITED STATES DISTRICT JUDGE
JEREMY FOGEL

STIPULATION and ORDER THEREON FOR AMENDMENT OF COMPLAINT

4