STEPHEN N. COLE  (SB #53319)  **E-filed 9/6/07**
THE COLE LAW FIRM
3410 Industrial Blvd., Suite 100
West Sacramento, CA 95691
(916) 376-0486

Attorneys for Plaintiff

JEFFREY R. WILLIAMS (SB#84156)
PATRICK MARK MAHONEY (SB#232549)
SCHIFF HARDIN LLP
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA  94105
(415) 901-8700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMERSON ELECTRIC CO., DOES 1 to 10 Inclusive,<br><br>Defendants. | Case No. C 05 00133 JF<br><br>STIPULATION FOR USE ELECTRONIC DEVICES AT TRIAL |

SAFECO INSURANCE COMPANY OF AMERICA, the plaintiff in this action, and EMERSON ELECTRIC CO., the defendant in this action, stipulate and consent, in writing, for the use of the following items in the courtroom for the purposes of this proceeding:

///

---

STIPULATION and ORDER FOR USE OF ELECTRONIC DEVICES AT TRIAL


a)     2 Laptop computers for use with Power Point presentation of exhibits;

b)     2 Laser pointers for use with exhibits;

c)     DOAR "ELMO-style" Visual Presenter and projector for use with exhibits;

d)     Projector screen for use with exhibits;

e)     Associated electrical cords and power strips for laptops and projector;

f)     Duct tape to protect occupants from tripping on the cords;

g)     2 hot water dispensers to be used as exhibits.

Date: 9/5/07

PLAINTIFF:

By _____
STEPHEN N. COLE
THE COLE LAW FIRM
3410 Industrial Blvd., Suite 100
West Sacramento, CA 95691
Tel: (916) 376-0486

DEFENDANT:

By _____
PATRICK MARK MAHONEY (SB#232549)
SCHIFF HARDIN LLP
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Tel: (415) 901-8700

| | |
|---|---|
| 1<br>2<br>3 | STEPHEN N. COLE  (SB #53319)<br>THE COLE LAW FIRM<br>3410 Industrial Blvd., Suite 100<br>West Sacramento, CA 95691<br>(916) 376-0486 |
| 4 | Attorneys for Plaintiff |
| 5<br>6<br>7<br>8 | JEFFREY R. WILLIAMS (SB#84156)<br>PATRICK MARK MAHONEY (SB#232549)<br>SCHIFF HARDIN LLP<br>One Market, Spear Street Tower, 32nd Floor<br>San Francisco, CA  94105<br>(415) 901-8700 |
| 9 | Attorneys for Defendant |

**E-filed 9/6/07**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>                              Plaintiff,<br><br>    v.<br><br>EMERSON ELECTRIC CO., DOES 1 to 10 Inclusive,<br><br>                              Defendants. | Case No. C 05 00133 JF<br><br>[~~PROPOSED~~] ORDER ON STIPULATION FOR USE ELECTRONIC DEVICES AT TRIAL |

IT IS SO ORDERED that:

SAFECO INSURANCE COMPANY OF AMERICA, the plaintiff in this action, and EMERSON ELECTRIC CO., the defendant in this action, may use the following items in the courtroom for the purposes of the trial proceeding:

///

///

a) 2 Laptop computers for use with Power Point presentation of exhibits;

b) 2 Laser pointers for use with exhibits;

c) DOAR "ELMO-style" Visual Presenter and projector for use with exhibits;

d) Projector screen for use with exhibits;

e) Associated electrical cords and power strips for laptops and projector;

f) Duct tape to protect occupants from tripping on the cords;

g) 2 hot water dispensers to be used as exhibits.

Dated: 9/6/07

_____
UNITED STATES DISTRICT JUDGE
JEREMY FOGEL

---

STIPULATION and ORDER FOR USE OF ELECTRONIC DEVICES AT TRIAL