SCHIFF HARDIN LLP
JEFFREY R. WILLIAMS (CSB #84156)
P. MARK MAHONEY (CSB #232549)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:  (415) 901-8700
Facsimile:   (415) 901-8701

Attorneys for Defendant
Emerson Electric Co.

STEPHEN N. COLE (SB #53319)
THE COLE LAW FIRM
3410 Industrial Blvd., Suite 100
West Sacramento, CA 95691
Telephone:  (916) 376-0486
Facsimile:   (916) 376-0478

Attorneys for Plaintiff
Safeco Insurance Company of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMERSON ELECTRIC CO., DOES 1 to 10, Inclusive,<br><br>Defendants. | Case No.: C-05-00133 JF/HRL<br><br>**STIPULATION TO CONTINUE TRIAL DATE; [PROPOSED] ORDER**<br><br>**Current Trial Date:** February 25, 2008<br>**Proposed Trial Date:**  June 9, 2008 |

Pursuant to Civil L.R. 40-1, 7-12 and 6-2(a), plaintiff Safeco Insurance Company of America and defendant Emerson Electric Company ("the parties"), by and through their counsel, hereby submit the following stipulated request for an order continuing the trial date in the above-referenced matter.

WHEREAS a jury trial in this action is presently set to commence on February 25, 2008; and

WHEREAS lead trial counsel for Emerson Electric Company is scheduled to try another case in the Santa Clara County Superior Court on the same date; and

WHEREAS this conflicting case, entitled *Jonathan Jackson v. Dorel Juvenile Group*, Case No. 104CV014652, was granted a preferential trial date based upon the plaintiff's status as a minor and involves catastrophic injuries (the plaintiff is a ventilator-dependent quadriplegic); and

WHEREAS no parties or witnesses will be prejudiced by a continuance in this action.

THEREFORE, the parties, by and through their attorneys of record, do hereby agree and stipulate as follows:

1. That the trial in this action, currently set for February 25, 2008, be continued to June 9, 2008; and

2. That a pretrial conference be set for May 30, 2008.

SO STIPULATED AND AGREED:

DATED: February 12, 2008　　　　　　　　SCHIFF HARDIN LLP

By /s/ P. Mark Mahoney
P. Mark Mahoney
Attorneys for Defendant
Emerson Electric Co.

DATED: February ___, 2008　　　　　　　　THE COLE LAW FIRM

By /s/ Stephen N. Cole
Stephen N. Cole
Attorneys for Plaintiff
SAFECO INSURANCE COMPANY OF AMERICA

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 13, 2008

_____
Hon. Jeremy Fogel

SF\9085201.1