**E-filed 6/13/08**

STEPHEN N. COLE (SB #53319)
THE COLE LAW FIRM
3410 Industrial Blvd., Suite 100
West Sacramento, CA 95691
Telephone:   (916) 376-0486
Facsimile:   (916) 376-0478

Attorneys for Plaintiff
Safeco Insurance Company of America

SCHIFF HARDIN LLP
JEFFREY R. WILLIAMS (CSB #84156)
P. MARK MAHONEY (CSB #232549)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:   (415) 901-8700
Facsimile:   (415) 901-8701

Attorneys for Defendant
Emerson Electric Co.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMERSON ELECTRIC CO., DOES 1 to 10, Inclusive,<br><br>Defendants. | Case No.: C-05-00133 JF/HRL<br><br>**STIPULATION OF DISMISSAL (Fed R Civ P 41(a)(1)) and [PROPOSED] ORDER**<br><br>**Trial Date:**   June 9, 2008 |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), by and between Plaintiff SAFECO INSURANCE COMPANY OF AMERICA and all Defendants who have appeared in this action, as follows:

- 1 -
STIPULATION OF DISMISSAL

1. This action was commenced on November 8, 2004.

2. This action is hereby dismissed, in its entirety, with prejudice.

3. Defendant waives recovery of the sanction fees ordered on April 29, 2008.

4. Each party is to bear its own attorney's fees and costs.

DATED: May 29, 2008                        THE COLE LAW FIRM

By _____
Stephen N. Cole
Attorneys for Plaintiff
SAFECO INSURANCE COMPANY OF AMERICA

DATED: May 28, 2008                        SCHIFF HARDIN LLP

By _____
P. Mark Mahoney
Attorneys for Defendant
Emerson Electric Co.

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ~~May _____, 2008~~ June 13, 2008    _____
Hon. Jeremy Fogel

- 2 -
STIPULATION OF DISMISSAL